RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 4/25/07
6B

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITES STATES OF AMERICA | CRIMINAL NO.: 06-60059 |
| VERSUS | JUDGE DOHERTY |
| GEORGE CELESTINE (01)<br>SIDNEY GALLIEN (02)<br>TELLY GALLIEN (03)<br>TRAVIS GALLIEN (04) | MAGISTRATE JUDGE HILL |

## MEMORANDUM RULING

Pending before this Court is a Motion for an Extension of Time in which to File Objections to the Report and Recommendation of the United States Magistrate Judge [Doc. 84] filed by the government. This matter has enjoyed a unique and very lengthy procedural history before this Court since **November 16, 2001,** when this matter was originally docketed as Criminal Matter Number **01-60127**, including two mistrials and dismissal and reindictment by the government, all triggering application of 18 U.S.C.A. § 3161. The indictment in this matter alleges criminal activity from **January 1, 1991** through **November 2001**, however, the government now seeks an extension to respond to the magistrate's ruling concerning application of 18 U.S.C.A. § 3161, arguing more recent criminal matters in other Courts involving alleged criminal activity going back only to 2005 [*U.S.A. v. Roscoe,* Crim. Doc. No. 06-20070; *U.S.A. v. Johnwell,* Crim. Doc. No. 05-20134; and *U.S.A. v. Lewis,* Crim. Doc. No. 07-20001] require such extension. Given the unique procedural history and implications of 18 U.S.C.A. § 3161, this Court finds the government has presented insufficient reasons to delay this matter from proceeding in the most expeditious manner at this

point. Accordingly, the Motion for an Extension of Time [Doc. 84] is HEREBY DENIED.

THUS DONE AND SIGNED this 24th day of April, 2007, Lafayette, Louisiana.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE