RECEIVED
FEB 2 5 2009
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 06-60059/01-04 |
| VERSUS | JUDGE DOHERTY |
| GEORGE CELESTINE (01)<br>SIDNEY GALLIEN (02)<br>TELLY GALLIEN (03)<br>TRAVIS GALLIEN (04) | MAGISTRATE JUDGE HILL |

## MEMORANDUM RULING

Pending before this Court is "Defendant's Motion to Dismiss Indictment," filed by George Celestine [Doc. 143]. Mr. Celestine seeks dismissal of the indictment "with prejudice because of violation of the Speedy Trial Act of 1974, 18 U.S.C. §3161-3174."

The Court notes it has dealt with matters pertaining to the Speedy Trial Act in numerous previously-issued rulings in this case. *See*, particularly, this Court's 150-page Ruling on Motion to Dismiss Indictment, Doc. 114 & 115. Additionally, this Court created a transcript of its status conference with all counsel on August 8, 2008, reflecting the Court's selection of the earliest trial date that was available for all counsel of record – including Mr. Doran – in an attempt to satisfy the Speedy Trial Act's "continuity of counsel" provision. *See* 18 U.S.C. §3161(h)(8)(B)(iv). This Court adopts its Speedy Trial analysis made heretofore and further adopts the transcript of the August 8, 2008 conference where the March 2, 2009 trial date was selected by counsel and this Court as support for its ruling this date.

For the foregoing reasons, the Motion to Dismiss Indictment filed by George Celestine [Doc. 143] is DENIED.

THUS DONE AND SIGNED this 25 day of February 2009, Lafayette, Louisiana.

_____
JUDGE REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

2-25-09
CH
Doran
Garrett
Baum
Dauphin Jr.
Finley